# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HH LIQUIDATION, LLC, *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 15-11874 (KG)<br><br>(Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS on behalf of the bankruptcy estate of HH LIQUIDATION, LLC, *et al.*,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SUPERIOR ELECTRICAL, MECHANICAL & PLUMBING INC.,<br><br>　　　　　　Defendant. | Adv. Proc. No. 17-51148 (KG) |

## STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among the Official Committee of Unsecured Creditors on behalf of the bankruptcy estate of HH Liquidation, LLC, *et al.* ("Plaintiff") and Superior Electrical, Mechanical & Plumbing Inc. ("Defendant"), through their respective attorneys of record, representing all parties to this action, that this entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Federal Rule of Bankruptcy Procedure 7041, with each party to bear its own costs, attorneys' fees, and expenses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: HH Liquidation, LLC (f/k/a Haggen Holdings, LLC) (7558), HH Operations, LLC (f/k/a Haggen Operations Holdings, LLC) (6341), HH Opco South, LLC (f/k/a Haggen Opco South, LLC) (7257), HH Opco North, LLC (f/k/a Haggen Opco North, LLC) (5028), HH Acquisition, LLC (f/k/a Haggen Acquisition, LLC) (7687), and HH Legacy, Inc. (f/k/a Haggen, Inc.) (4583). The mailing address for each of the Debtors is 26895 Aliso Creek Road, Suite B-1003, Aliso Viejo, California 92656.

DOCS_DE:220934.1 33152/004

This stipulation may be executed in one or more separate counterparts, each of which, when so executed, shall be deemed to be an original. Digital and/or physical copies of said counterparts shall be effective as originals for all purposes.

Dated: October 26, 2018

| PACHULSKI STANG ZIEHL & JONES LLP | LAW OFFICE OF CURTIS A. HEHN |
|---|---|
| */s/ Peter J. Keane* | */s/ Curtis A. Hehn* |
| Bradford J. Sandler (DE Bar No. 4142) <br> Andrew W. Caine (CA Bar No. 110345) <br> Peter J. Keane (DE Bar No. 5503) <br> 919 North Market Street, 17th Floor <br> Wilmington, DE 19899-8705 (Courier 19801) <br> Telephone: (302) 652-4100 <br> Facsimile: (302) 652-4400 <br> Email: bsandler@pszjlaw.com <br>        acaine@pszjlaw.com <br>        pkeane@pszjlaw.com <br><br> *Counsel to Plaintiff, the Official Committee of Unsecured Creditors* | Curtis A. Hehn (DE Bar No. 4264) <br> 1007 N. Orange Street, 4th Floor <br> Wilmington, DE 19801 <br> Telephone: (302) 294-2591 <br> Facsimile: (302) 351-7214 <br> Email: curtishehn@comcast.net <br><br> *Counsel to Defendant, Superior Electrical, Mechanical & Plumbing Inc.* |